1

2

3

4

5

6

7

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   OSCAR CEASER,

11            Plaintiff,

12        vs.                          CIV S-11-2231 LKK CKD PS

13   HOPE ORGANIZATION, et al.,

14            Defendants.              FINDINGS & RECOMMENDATIONS

15   _____/

16            By order filed August 29, 2011, this court directed plaintiff to submit within

17   twenty days either a completed application and affidavit in support of a request to proceed in

18   forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee.  That

19   time period has now passed, and plaintiff has not filed a completed application or the filing fee.

20            Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

21   without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

22            These findings and recommendations will be submitted to the United States

23   District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within

24   fourteen days after being served with these findings and recommendations, plaintiff may file

25   written objections with the court.  The document should be captioned "Objections to Magistrate

26   Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections

1

1   within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>

2   <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

3    Dated: September 28, 2011

4                                                    _____

5                                                    CAROLYN K. DELANEY
                                                     UNITED STATES MAGISTRATE JUDGE
6

7
    4
8   ceaser.ftc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26